Martha TAMBALA, Petitioner,

v.

Eric H. HOLDER, Jr., Attorney General of the United States, Respondent.

No. 11–1224.

United States Court of Appeals, Eighth Circuit.

Submitted: Sept. 30, 2011.

Filed: Oct. 5, 2011.

Raymond Reza Bolourtchi, Cofman & Bolourtchi, Ladue, MO, for Petitioner.

Karen Yolanda Drummond, Richard M. Evans, Brooke Maurer, U.S. Department of Justice, Washington, DC, for Respondent.

Before WOLLMAN, SMITH, and GRUENDER, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Martha Tambala, a native and citizen of Malawi, petitions for review of an order of the Board of Immigration Appeals, which affirmed an immigration judge's denial of asylum, withholding of removal, and relief under the Convention Against Torture (CAT). We lack jurisdiction to review the determination that the asylum application was barred as untimely filed. *See* 8 U.S.C. § 1158(a)(3); *Manani v. Filip,* 552 F.3d 894, 899–900 (8th Cir.2009). After careful review, we conclude the denial of withholding of removal and denial of CAT relief are supported by substantial evidence in the record. *See Manani,* 552 F.3d at 900–04.

Accordingly, we deny the petition for review.